IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 6510 |
| | ) | |
| | ) | Judge   James F. Holderman |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| EAST WEST PLUMBING, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS, with Lewis, Overbeck & Furman, LLP, of counsel, and, pursuant to Fed. R. Civ. P. 55, move the Court to enter Judgment in favor of Plaintiffs and against Defendant, EAST WEST PLUMBING, INC., in the amount of $37,801.76.  In support hereof, Plaintiffs state:

1. Plaintiffs filed this action on November 13, 2008, seeking a judgment against Defendant confirming and enforcing an arbitration award under ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185.

2. On November 19, 2008, Defendant was served with process.  A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Defendant was required to appear and answer on or before December 9, 2008.

4. Defendant has not filed an appearance or answer, and is in default.

5. An arbitration award was entered on March 24, 2008, against Defendant in the computed amount of $23,705.19.  A true and correct copy of Award is attached hereto as Exhibit B.

6. Pursuant to Award and 29 U.S.C. §1132, Plaintiffs' damages are calculated as follows:

| | | |
|---|---|---|
| $23,705.19 - | | Award; |
| $2,016.90 - | | Additional interest at $224.10/month for period 5/2/08 through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(B); |
| $9,587.33 - | | Double interest consisting of $7,570.43 stated in Award plus $2,016.90 stated above, pursuant to 29 U.S.C. §1132(g)(2)(C); |
| $2,322.34 - | | Plaintiffs' attorneys' fees and costs through date of preparation of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(D) (See Affidavit of Douglas A. Lindsay attached hereto as Exhibit C); |
| _____ | | _____ |
| $37,631.76 | | |

7. Plaintiff's attorney, Brian T. Bedinghaus, will render an additional 1 hour of legal services, at a rate of $170.00 per hour, for presentation of this motion.

8. Plaintiffs request the Court to enter a Judgment Order in the form attached hereto as Exhibit D, a copy of which was submitted to the Court by email in accordance with the Court's procedures.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter Judgment in favor of Plaintiffs and against Defendant, EAST WEST PLUMBING, INC., in the amount of $37,801.76.

                                            JAMES T. SULLIVAN, etc., et al., by their attorneys,
                                            DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and
                                            BRIAN T. BEDINGHAUS

                                            By:   s/ Brian T. Bedinghaus

OF COUNSEL:                                  Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP      20 N. Clark Street
20 N. Clark Street, Suite 3200               Suite 3200
Chicago, IL 60602-5093                      Chicago, IL 60602-5093
312-580-1200                                        312-580-1269
65100/1093BTB140111

CERTIFICATE OF SERVICE

I served a copy of the foregoing MOTION FOR ENTRY OF JUDGMENT upon:

East West Plumbing, Inc.
c/o Songchai Srichinda, reg. agent
2348 W. Grand Ave.
Chicago, IL 60612

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on December 18, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 18, 2008

_____
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200